GLENN B. McCORMICK
Acting United States Attorney
District of Arizona
STEFANI K. HEPFORD
Assistant U.S. Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: stefani.hepford@usdoj.gov
Attorneys for Plaintiff

FILED ___ LODGED
RECEIVED ___ COPY

SEP - 8 2021

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

United States of America,

Plaintiff,

vs.

Michelle Lee Absalon,

Defendant.

CR 18-01952-TUC-RM(JR)

REVOCATION DISPOSITION
AGREEMENT

The United States of America and the defendant agree to the following disposition

of this matter:

1.      This is a revocation of:

☐      supervised release

☑      probation

2.      The defendant will admit to allegation __A(4)__ in the Petition to Revoke. This is

a Grade_____C_____ violation. As a result, the defendant's probation will be revoked. The

government agrees to dismiss at disposition any remaining allegations in the petition, if the

defendant is sentenced in accordance with this agreement.

3.      The parties agree that the defendant will be sentenced to:

☐      A period of incarceration not lower than the bottom, and not to exceed
         the middle of the applicable guideline range under U.S.S.G. §
         7B1.4(a) (Revocation Table), to wit: _____months;

☐      A period of incarceration not lower than the middle, and not to exceed
         the top of the applicable guideline range under U.S.S.G. § 7B1.4(a)
         (Revocation Table), to wit: _____ months;

1    ☑    9     months incarceration;

2    ❑    Other: _____

3    4.    This sentence will be followed by:

4    ❑    A term of _____ months of supervised release

5    ❑    An additional term of supervised release with the length to be
        determined by the Court

6

7    ☑    No additional term of supervision

    ❑    Whether to impose any term of supervised release is to be determined
8        by the Court (no agreement by the parties)

9    If the defendant is sentenced to a term of probation or supervised release, the

10   defendant agrees to comply with the previously imposed conditions and any others the

11   probation department or court deems appropriate.

12   ❑    In addition, the defendant shall reside in a residential program for up

13   to 180 days, unless discharged earlier by the probation officer.  Placement may include,

14   singularly or in any combination, a residential re-entry center (RRC), drug-free sober living

15   environment, inpatient drug treatment facility or halfway house.

16   ❑    In addition, the following additional condition(s) shall be imposed: ___

17   _____

18   _____

19   5.    Consecutive/Concurrent sentences:

20   ❑    There is no agreement regarding consecutive or concurrent sentences

21   ☑    The issue is not applicable in this case

22   ❑    The government agrees that it will not take a position whether this
        sentence should be concurrent or consecutive to another sentence.

23
24   6.    Statutory and Guideline Provisions:

25   a)    Penalties applicable for defendant's <u>original</u> offense:

     1)    Criminal History – _____ I _____
26
     2)    Guideline Range – _____ 6-12 mos. _____
27
     3)    Statutory Maximum Incarceration – _____ 10 yrs.
28
     4)    Maximum Supervised Release – _3 yrs._____

- 2 -

b)  U.S.S.G. § 7B1.4, the Terms of Imprisonment (Policy Statement) provides: Revocation Table (In months of imprisonment)

| Grade of Violation | I | II | III | IV | V | VI |
|---|---|---|---|---|---|---|
| Grade C | 3-9 | 4-10 | 5-11 | 6-12 | 7-13 | 8-14 |
| Grade B | 4-10 | 6-12 | 8-14 | 12-18 | 18-24 | 21-27 |

Grade A  (1) *Except* as provided in subdivision (2) below:

| | 12-18 | 15-21 | 18-24 | 24-30 | 30-37 | 33-41 |
|---|---|---|---|---|---|---|

(2) Where a defendant was on probation as a result of a Class A felony:

| | 24-30 | 27-33 | 30-37 | 37-46 | 46-57 | 51-63 c) |
|---|---|---|---|---|---|---|

c)  For probation violations, the defendant, upon revocation of probation, may be re-sentenced to any term of imprisonment not to exceed statutory maximum of the original offense of conviction.  (18 U.S.C. § 3565 (a)(2))

d)  For supervised release violations, the maximum imprisonment upon revocation of supervised release (pursuant to 18 U.S.C. § 3583 (e)(3)) is:

❑  Class A felony - 5 years  ☑  Class C or D felony - 2 years

❑  Class B felony - 3 years  ❑  Any other case - 1 year

The maximum supervised release following any term of imprisonment upon revocation of supervised release shall not exceed the maximum supervised release for the underlying offense, less any term of imprisonment that was imposed upon revocation.  (18 U.S.C. § 3583(h))

7.  Waiver of Appeal & Collateral Attacks - The defendant waives any and all motions, defenses, probable cause determinations, and objections that the defendant could assert to the information or indictment, or petition to revoke, or to the Court's entry of judgment and imposition of sentence upon the defendant, providing the sentence is consistent with this agreement.  The defendant further waives: (1) any right to appeal the Court's entry of judgment against defendant; (2) any right to appeal the imposition of sentence upon defendant; and (3) any right to collaterally attack defendant's conviction and sentence in a habeas petition under 28 U.S.C. § 2255 or motion under any other statute or rule.  If the

defendant files a notice of appeal or any habeas petition, notwithstanding this agreement, the defendant agrees that, upon motion of the government, this case shall be remanded to the district court to determine whether defendant is in breach of this agreement and, if so, to permit the United States to withdraw from this disposition agreement. This waiver shall not be construed to bar a claim by the defendant of ineffective assistance of counsel or of "prosecutorial misconduct" (as that term is defined by Section II.B of Ariz. Ethics Op. 15-01 (2015)).

8.      The defendant understands the government's obligation to provide all information in its file regarding the defendant to the United States Probation Office. The defendant fully understands and agrees to cooperate fully with the United States Probation Office in providing all information requested by the probation officer.

9.      I understand all of the provisions of this agreement. This written disposition agreement contains all the terms and conditions of my agreement, and any promises made by anyone (including my attorney) that are not contained within this written agreement are without effect and are void.

9·6·21
_____
Date

_Signature_
_____
MICHELLE LEE ABSALON
Defendant

10.     I have discussed this case and the written agreement with my client in detail, and have translated it for him if he does not speak English. No assurances, promises, or representations have been given to me or my client by the government or by any of its representatives which are not contained in this written agreement. I concur in the entry of the agreement as indicated above and agree that the terms and conditions set forth in this agreement are in the best interests of my client.

9·6·21
_____
Date

_Signature_
_____
PHILIP KIMBLE
Attorney for the Defendant

- 4 -

1

2    11.    I have reviewed this matter and the agreement.  I agree on behalf of the United States

3    that the terms and conditions set forth are appropriate and are in the best interests of justice.

4                                              GLENN B. McCORMICK
                                               Acting United States Attorney
5                                              District of Arizona

6                                              STEFANI          Digitally signed by
                                                               STEFANI HEPFORD
7                                              HEPFORD          Date: 2021.08.30
                                                               12:44:07 -07'00'
8    _____                      STEFANI K. HEPFORD
     Date                                      Assistant U.S. Attorney

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28