# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America<br><br>v.<br><br>Michelle Lee Absalon | CR-18-01952-001-TUC-RM (JR)<br><br>**JUDGMENT AND COMMITMENT REVOCATION OF PROBATION**<br><br>Philip Kimble (CJA)<br>Attorney for Defendant |

USM#: 01192-508

On January 18, 2019, the defendant, present with counsel, appeared for sentencing for violating 8 U.S.C. §1324(a)(1)(A)(v)(I), 8 U.S.C. §1324(a)(1)(A)(ii), and 8 U.S.C. §1324(a)(1)(B)(i): Conspiracy to Transport Illegal Aliens for Profit, a Class C felony offense, as charged in the Information.

The defendant was placed on probation for a term of four (4) years.

On November 25, 2020, the defendant's term of probation was reinstated for a term of three (3) years.

On May 25, 2021, the United States Probation Office filed a petition to revoke the term of probation.

On September 8, 2021, the defendant appeared with counsel and admitted allegation, A-4, as reflected in the petition to revoke filed in this matter. The matter now comes on for disposition.

**IT IS ORDERED** the term of probation reinstated on November 25, 2020 is hereby **REVOKED.**

**IT IS FURTHER ORDERED** the defendant is committed to the custody of the Bureau of Prisons for a term of **NINE (9) MONTHS** with credit for time served. The Court does not impose a term of supervised release.

**IT IS FURTHER ORDERED** the remaining allegations A-1, A-2, A-3, B, and C are dismissed on motion of the government.

CR-18-01952-001-TUC-RM (JR) Page 2 of 2
USA vs. Michelle Lee Absalon

The defendant previously waived the right to appeal.

The Court affirms any previous order imposing special assessment, fine, or restitution in this case.

The Court orders commitment to the custody of the Bureau of Prisons.

Date of Imposition of Sentence: **October 6, 2021**

Dated this 6th day of October, 2021.

_____
Honorable Rosemary Márquez
United States District Judge